# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
PolyMedix Pharmaceuticals, Inc.

170 N. Radnor Chester Rd  
Suite 300  
Radnor, PA 19087  
  **EIN:** 41–2060809  
PolyMedix, Inc.

**Chapter:** 7

**Case No.:** 13–10690–BLS

## NOTICE THAT THERE ARE ASSETS FROM
## WHICH A DIVIDEND MIGHT POSSIBLY BE PAID TO CREDITORS

**YOU ARE HEREBY NOTIFIED** that there are assets from which a dividend might possibly be paid to creditors.

In order to share in any distribution, a creditor must file a proof of claim with the Clerk of the Bankruptcy Court. Claims (including claims filed by governmental units) must be filed on or before 7/11/13 . Late claims will not be allowed. A proof of claim may filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court – District of Delaware website at (http://www.deb.uscourts.gov), and click on the "Programs & Services" tab – Claims Information.

David D. Bird, Clerk

Dated: 4/8/13  
(VAN–043)