IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| POLYMEDIX PHARMACEUTICALS, INC., et al., | Case No. 13-10690 (BLS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: June 17, 2013 at 4:00 p.m.<br>Hearing Date: June 24, 2013 at 10:30 a.m. (ET) |

**MOTION OF RADNOR PROPERTIES–SDC, L.P.
FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

Movant, Radnor Properties-SDC, L.P., by and through its counsel, Sirlin Lesser & Benson, P.C. and Polsinelli PC, requests entry of an order granting relief from stay to proceed with all available state court remedies to gain possession of the premises leased by Debtor, and in support thereof avers the following:

1. Movant is Radnor Properties-SDC L.P., a Delaware limited partnership. Its General Partner is GP-DSC, L.L.C. with its place of business located at 555 East Lancaster Avenue, Suite 100, Radnor, Pennsylvania. Movant is the owner of the premises known as Radnor Financial Center located in Radnor, Pennsylvania.

2. Debtor is Polymedix, Inc., a Delaware corporation, with a business address of Radnor Financial Center, 170 North Radnor Chester Road, Suite 300, Radnor, Pennsylvania.

3. On or about May 26, 2006, Movant and Debtor entered into a Lease (the "Lease") for the rental of approximately 24,223 square feet of commercial space at the Radnor Financial Center, 170 North Radnor Chester Road, Suite 300, Radnor, Pennsylvania. The term

45559433.1

of the Lease was for a period of 144 months which commenced on or about December 1, 2006 and will expire on November 30, 2018.

4.   Pursuant to the Lease, Debtor is responsible for the payment of monthly rent in the amount of $58,610.00 plus additional rent as defined in the Lease.  Rent escalates as per the terms of the Lease.  Debtor is also responsible for the payment of a late fee of 5% on unpaid balances per Section 5(b) of the Lease.

5.   On or about April 1, 2013, Debtor filed for protection under chapter 7 of the United States Bankruptcy Code.

6.   Debtor has failed to pay post-petition rent totaling $117,220.84 representing for May 2013 rent in the amount of $58,610.00 and June 2013 rent in the amount of $58,610.00.

7.   Debtor has failed to provide adequate assurances of its ability to pay rent into the future or adequate protection.

8.   Movant believes and therefore avers that it is entitled to Relief from Stay because of Debtor's failure to pay post-petition rent and failure to provide adequate assurances of its ability to pay rent into the future or adequate protection.

9.   Movant believes and therefore avers that it is entitled to Relief from Stay because of Trustee's failure to pay post-petition rent and failure to provide adequate assurances of its ability to pay rent into the future or adequate protection.

10.  Debtor has no equity in the property or collateral.

WHEREFORE, Movant, Radnor Properties-SDC, L.P., respectfully requests that the Motion for Relief from Stay be granted and that Movant may proceed with all available state court remedies to gain possession of the premises at Radnor Financial Center, 170 North Radnor Chester Road, Suite 300, Radnor, Pennsylvania.

| | |
|---|---|
| Dated:  June 7, 2013<br>Wilmington, Delaware | **POLSINELLI PC**<br><br>*/s/ Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>(302) 252-0920 (Telephone)<br>(302) 252-0921 (Facsimile)<br>cward@polsinelli.com<br>skatona@polisinelli.com<br><br>-and-<br><br>DANA S. PLON (No. 80361-PA)<br>Sirlin Lesser & Benson, P.C.<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA  19109<br>Telephone:  (215) 864-9700<br>Facsimile:  (215) 864-9669<br>dplon@sirlinlaw.com<br><br>*Counsel for Radnor Properties–SDC, L.P.* |

45559433.1