**Exhibit D**

**Form of Sale Order**

**[TO BE FILED]**

16665956\3 07998.0001.000/335803.000
07/12/2013