IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| PolyMedix Pharmaceuticals, Inc., et al.,[1] | ) |
| | ) Case No. 13-10690 (BLS) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) **Related Docket Nos. 98, 107** |

**NOTICE OF ADJOURNMENT OF AUCTION SCHEDULED FOR AUGUST 28, 2013 AT 10:00 A.M. AND SALE HEARING SCHEDULED FOR AUGUST 29, 2013 AT 11:30 A.M.**

PLEASE TAKE NOTICE, that in connection with the *Order Granting Trustee's Motion for Entry of an Order (A) Approving Bidding Procedures in Connection With Sale of Substantially all of the Estates' Assets, (B) Approving Break-Up Fee, (C) Scheduling an Auction and Hearing to Consider the Proposed Sale, and (D) Approving the Form and Manner of Notice*, the Auction has been adjourned to **September 3, 2013 at 10:00 a.m (ET)** and the Sale Hearing has been adjourned to **September 4, 2013 at 11:00 a.m.**

Dated: August 26, 2013

COZEN O'CONNOR

Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

*Special Counsel to Jeoffrey L. Burtch
Chapter 7 Trustee*

---

[1] The Debtors in these chapter 7 cases, along with each Debtor's bankruptcy case number, are PolyMedix, Inc. (13-10689) and PolyMedix Pharmaceuticals, Inc. (13-10690).