## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| In re: | POLYMEDIX | § | Case No. 13-10690-BLS |
| | PHARMACEUTICALS, INC. | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>JEOFFREY L. BURTCH, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

824 Market Street, 3rd Floor
Wilmington, DE  19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/03/2018 in Courtroom 1, United States Courthouse Courthouse, 824 Market Street, 6th Floor, Wilmington, DE  19801.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed: <u>06/28/2018</u>          By:   <u>/s/JEOFFREY L. BURTCH, TRUSTEE</u>
                                                     Trustee


JEOFFREY L. BURTCH, TRUSTEE
P.O. BOX 549
WILMINGTON, DE  19899-0549
(302) 472-7427


UST Form 101-7-NFR (10/1/2010)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: POLYMEDIX PHARMACEUTICALS, INC. | § | Case No. 13-10690-BLS |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $      606,448.83

*and approved disbursements of*          $      280,551.20

*leaving a balance on hand of* [1]          $      325,897.63

**Balance on hand:**          $          325,897.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 39S | MidCap Financial SBIC, LP, in its capacity as | 6,346,666.66 | 6,346,666.66 | 86,500.00 | 197,452.03 |
| 41 | University of North Texas Health Science Center | 97,942.98 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $     197,452.03

Remaining balance:     $     128,445.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JEOFFREY L. BURTCH, TRUSTEE | 33,572.44 | 0.00 | 33,572.44 |
| Trustee, Expenses - JEOFFREY L. BURTCH, TRUSTEE | 212.73 | 0.00 | 212.73 |
| Attorney for Trustee, Fees - COOCH AND TAYLOR, P.A. | 60,021.83 | 18,855.90 | 41,165.93 |
| Attorney for Trustee, Expenses - COOCH AND TAYLOR, P.A. | 2,042.06 | 278.70 | 1,763.36 |
| Accountant for Trustee, Fees - COVER & ROSSITER, P.A. | 33,876.21 | 0.00 | 33,876.21 |
| Accountant for Trustee, Expenses - COVER & ROSSITER, P.A. | 394.41 | 0.00 | 394.41 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Other Fees: MVM ASSOCIATES, INC. | 3,968.27 | 3,968.27 | 0.00 |
| Other Expenses: BMC GROUP VDR, LLC | 8,796.10 | 8,796.10 | 0.00 |
| Attorney for Trustee Fees - COZEN O' CONNOR | 121,146.78 | 104,629.61 | 16,517.17 |
| Attorney for Trustee Expenses - COZEN O' CONNOR | 3,404.35 | 3,221.10 | 183.25 |
| Other Fees: RICHARD SCOTT | 5,737.50 | 5,737.50 | 0.00 |
| Other Fees: STEFFEN HELMLING | 5,512.50 | 5,512.50 | 0.00 |
| Other Expenses: COOCH AND TAYLOR, P.A. | 971.00 | 971.00 | 0.00 |
| Other Expenses: COVANCE LABORATORIES INC. | 100.00 | 100.00 | 0.00 |
| Other Expenses: DANIEL JORGENSEN | 2,925.00 | 2,925.00 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES LTD. | 722.63 | 722.63 | 0.00 |
| Other Expenses: RICHARD SCOTT | 356.97 | 356.97 | 0.00 |
| Other Expenses: STEFFEN HELMLING | 1,208.03 | 1,208.03 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 127,685.50

Remaining balance: $ 760.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 760.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $54,651.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 1,160.55 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE | 1,831.63 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE | 428.37 | 0.00 | 0.00 |
| 3 | Yongjiang Xu | 0.00 | 0.00 | 0.00 |
| 11 | Michael J. Costanzo | 0.00 | 0.00 | 0.00 |
| 11 -2 | Michael J. Costanzo | 0.00 | 0.00 | 0.00 |
| 11 -3 | Michael J. Costanzo | 5,342.47 | 0.00 | 112.67 |
| 13P | Yongjiang Xu | 11,725.00 | 0.00 | 247.27 |

**UST Form 101-7-NFR (10/1/2010)**

| 20P | Nicholas Landekic | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 20P-2 | Nicholas Landekic | 0.00 | 0.00 | 0.00 |
| 22 | Roesler Consulting Group | 6,500.00 | 0.00 | 137.08 |
| 31P | Edward Smith | 0.00 | 0.00 | 0.00 |
| 31P-2 | Edward Smith | 12,475.00 | 0.00 | 263.08 |
| 42P | William F DeGrado | 0.00 | 0.00 | 0.00 |
| PATAX | PENNSYLVANIA DEPARTMENT OF REVENUE | 15,188.37 | 15,188.37 | 0.00 |

Total to be paid for priority claims: $           760.10

Remaining balance: $             0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,914,382.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Strem Chemicals, Inc | 521.76 | 0.00 | 0.00 |
| 2 | J & W PharmLab, LLC | 379.45 | 0.00 | 0.00 |
| 4 | University of Iowa Pharmaceuticals | 0.00 | 0.00 | 0.00 |
| 5 | GENEWIZ, Inc. | 4,180.00 | 0.00 | 0.00 |
| 6 | C after D Inc. | 875.00 | 0.00 | 0.00 |
| 7 | Global Research Services, LLC | 187,556.28 | 0.00 | 0.00 |
| 8 | CiToxLAB | 209,762.30 | 0.00 | 0.00 |
| 9 | BELLWYCK PACKAGING SOLUTIONS | 1,286.61 | 0.00 | 0.00 |
| 10 | Sigma-Aldrich, Inc. | 7,387.33 | 0.00 | 0.00 |
| 12 | University of Pennsylvania | 0.00 | 0.00 | 0.00 |
| 12 -2 | University of Pennsylvania | 0.00 | 0.00 | 0.00 |
| 12 -3 | University of Pennsylvania | 131,050.00 | 0.00 | 0.00 |
| 13U | Yongjiang Xu | 7,597.00 | 0.00 | 0.00 |
| 14 | Trevor Young | 0.00 | 0.00 | 0.00 |
| 15 | Fisher Scientific Co LLC | 25,928.83 | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 16 | Albemarle Corporation | 126,000.00 | 0.00 | 0.00 |
| 17 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 17 -2 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 17 -3 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 18 | Loyola University of Chicago | 53,046.00 | 0.00 | 0.00 |
| 19 | Bradley Temporaries, Inc. | 1,057.22 | 0.00 | 0.00 |
| 20U | Nicholas Landekic | 0.00 | 0.00 | 0.00 |
| 20U-2 | Nicholas Landekic | 0.00 | 0.00 | 0.00 |
| 21 | Nicholas Farina Regulatory Warriors LLC | 120,500.00 | 0.00 | 0.00 |
| 23 | Frank Slattery, Jr. | 29,500.00 | 0.00 | 0.00 |
| 24 | Vintage Filings, LLC | 24,932.81 | 0.00 | 0.00 |
| 25 | Aultman Hospital | 12,758.00 | 0.00 | 0.00 |
| 26 | Oklahoma Cardiovascular Research Group | 10,970.00 | 0.00 | 0.00 |
| 27 | eResearchTechnology, Inc. | 1,117.16 | 0.00 | 0.00 |
| 28 | EUPROTEC LIMITED | 13,470.00 | 0.00 | 0.00 |
| 29 | Morrow & Co., LLC | 7,688.93 | 0.00 | 0.00 |
| 30 | Kenneth J Tack MD PC | 3,312.50 | 0.00 | 0.00 |
| 31U | Edward Smith | 0.00 | 0.00 | 0.00 |
| 31U-2 | Edward Smith | 981,612.00 | 0.00 | 0.00 |
| 32 | Pepper Hamilton LLP | 779,837.78 | 0.00 | 0.00 |
| 33 | Doug Swirsky | 29,500.00 | 0.00 | 0.00 |
| 34 | Stefan Loren, Ph.D. | 29,500.00 | 0.00 | 0.00 |
| 35 | Brian Anderson | 16,500.00 | 0.00 | 0.00 |
| 36 | National Union Fire Ins. Co. of Pitt, Pa., & oth | 0.00 | 0.00 | 0.00 |
| 36 -2 | National Union Fire Ins. Co. of Pitt, Pa., & oth | 50,000.00 | 0.00 | 0.00 |
| 37 | Alliance Pharma, Inc. | 21,525.00 | 0.00 | 0.00 |
| 38 | Agile Networks, LLC | 349.80 | 0.00 | 0.00 |
| 40 | Chemical Abstracts Service | 13,880.00 | 0.00 | 0.00 |
| 44 | University of Iowa | 2,182.00 | 0.00 | 0.00 |
| 15INC | DAMIAN WEAVER | 8,619.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 88,175.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 42U | William F DeGrado | 40,000.00 | 0.00 | 0.00 |
| 43 | Federal Insurance Company | 6,718.00 | 0.00 | 0.00 |
| 45 | University of Massachusetts | 40,000.00 | 0.00 | 0.00 |
| 39INC | ELSEVIER, INC. | 1,457.50 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $            0.00
Remaining balance: $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,824,214.63 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 39U | MidCap Financial SBIC, LP, in its capacity as | 1,824,214.63 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $            0.00
Remaining balance: $            0.00

Prepared By:  <u>/s/JEOFFREY L. BURTCH, TRUSTEE</u>

Trustee

JEOFFREY L. BURTCH, TRUSTEE
P.O. BOX 549
WILMINGTON, DE  19899-0549
(302) 472-7427

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**